# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 81ST JUDICIAL DISTRICT COURT OF LA SALLE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on April 23, 2015, the cause upon appeal to revise or reverse your judgment between

Henry Gilbert Ayala and Chesapeake Exploration, LLC, Appellant

V.

Natividad A. Soto, Appellee

No. 04-12-00860-CV and Tr. Ct. No. 11-03-00037-CVL

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court order granting summary judgment in favor of Natividad A. Soto is REVERSED; it is RENDERED that Natividad A. Soto take nothing against Chesapeake Exploration, LLC, and this cause is REMANDED to trial court for further proceedings consistent with this opinion. Costs of appeal are taxed against Appellee Natividad A. Soto.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 15, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-12-00860-CV

**Henry Gilbert Ayala and Chesapeake Exploration, LLC**

**v.**

**Natividad A. Soto**

(NO. 11-03-00037-CVL IN 81ST JUDICIAL DISTRICT COURT OF LA SALLE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FEES FOR SHIPPING CASES TO S.C. OR CCA | $25.00 | PAID | BROCK & BROCK |
| MOTION FEE | $10.00 | NOT PAID | N/A |
| MOTION FEE | $10.00 | PAID | OCTAVIO SALINAS II |
| MOTION FEE | $10.00 | E-PAID | CARLOS M. ZAFFIRINI |
| INDIGENCY FILING FEE | $25.00 | PAID | OCTAVIO SALINAS II |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | OCTAVIO SALINAS II |
| FILING | $100.00 | PAID | OCTAVIO SALINAS II |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: $10.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 15, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853